Jon Weiner, OSB #993944
jweiner@nw-attorneys.com
The Law Office of Jon Weiner
1415 Commercial Street SE
Salem, OR 97302
Tel: (503) 399-7001
Fax: (503) 399-0745

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

Portland Division

| | |
|---|---|
| RACHEL HIRSCH, aka JERETH HIRSCH, and TARA THIEL, | Case No. 3:15-cv-00943 |
| Plaintiffs, | **STIPULATED JUDGMENT OF DISMISSAL** |
| v. | |
| SOLARWORLD AMERICAS INC., a domestic business corporation; SOLARWORLD INDUSTRIES SERVICES LLC, a foreign limited liability company; SOLARWORLD INDUSTRIES AMERICA INC., a domestic business corporation; SOLARWORLD AMERICAS LLC, a foreign limited liability company; RANDSTAD HR SOLUTIONS OF DELAWARE, LIMITED PARTNERSHIP, a foreign limited partnership; RANDSTAD US, LIMITED PARTNERSHIP, a foreign limited partnership; GAIL BRUNKER, an individual; EILEEN FLAHERTY, an individual; CLAYTON PETERSON, an individual. | |
| Defendants. | |

Page 1 of 3 – STIPULATED JUDGMENT OF DISMISSAL

**STIPULATION**

Pursuant to Fed. R. Civ. P. 41(a), the parties, through their undersigned counsel, stipulate to the dismissal of this action with prejudice as to all plaintiff, all defendants, and all claims and counterclaims, and without costs or attorneys' fees (including but not limited to: any statutory costs, attorneys' fees and/or disbursements) to any party.

DATED this 6th day of January, 2016.

*/s/ Jon Weiner*
Jon Weiner, OSB #993944
jweiner@nw-attorneys.com
Law Office of Jon Weiner
1415 Commercial Street SE
Salem, OR 97302
Tel: (503) 399-7001
Fax: (503) 399-0745
Of Attorneys for Plaintiff

*/s/ Toni Read*
Toni Read, Georgia Bar #140982
toni.read@lewisbrisbois.com
Lewis Brisbois Bisgaard & Smith, LLP
1180 Peachtree St. NE, Suite 2900
Atlanta, GA 30309
Tel: (404) 567-6589
Fax: (404) 467-8845

*/s/ Jamie Blatt*
Jamie C. Blatt, OSB #922323
janine@jjdlaw.com
Druckman & Blatt, PC
424 SW Iowa St.
Portland, OR 97239
Tel: (503)241-7020
Fax: (503) 241-9033
Of Attorneys for Defendants

/s/ Tamsen Leachman
Tamsen Leachman, OSB # 044929
tleachman@littler.com

Page 2 of 3 – STIPULATED JUDGMENT OF DISMISSAL

Littler Mendelson, P.C.
121 SW Morrison, Suite 900
Portland, OR 97204
503-221-0309
Fax: 503-242-2457

---

## **ORDER**

Based on the foregoing, it is hereby:

ORDERED AND ADJUDGED that the above-entitled action is hereby dismissed with prejudice and without costs or attorneys' fees to any party.

DATED: 7 Jan' 15

/s/ Michael W. Mosman
The Honorable Michael W. Mosman
United States District Court Judge

Page 3 of 3 – STIPULATED JUDGMENT OF DISMISSAL